UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SECOND BITE FOODS, INC. d/b/a STONE GATE FOODS, <br><br> Plaintiff, <br><br> vs. <br><br> DAILY HARVEST, INC., <br><br> Defendants. | Case No. 0:23-cv-00569-ECT-DJF |

## STIPULATION TO DISMISS WITH PREJUDICE

COME NOW the above referenced Plaintiff and Defendant and stipulate to the dismissal of the above-captioned case with prejudice. Each party to bear its own costs and attorney fees. This stipulation resolves all pending matters in this case.

| | |
|---|---|
| */s/ Michael S. Weisenbach* <br> Michael S. Weisenbach <br> Admitted Pro Hac Vice (6315826 IL) <br> Wilson Elser Moskowitz Edelman & Dicker LLP <br> 7777 Bonhomme Ave, Suite 1900 <br> St. Louis, Missouri 63105 <br> 314-930-2860 <br> Michael.Weisenbach@wilsonelser.com <br><br> John P. Loringer (SBN: 390894) <br> 555 E. Wells Street, Suite 1730 <br> Milwaukee, WI 53202 <br> 414.276.8816 (Main) <br> John.Loringer@wilsonelser.com <br><br> *Attorneys for Plaintiff* | */s/ Alyssa Rebensdorf* <br> Alyssa L. Rebensdorf (Minn. Bar No. 0296478) <br> Sarah L. Brew (Minn. Bar No. 0209958) <br> 2200 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, MN 55402-3901 <br> Tel: (612) 766-7470 <br> sarah.brew@faegredrinker.com <br> alyssa.rebensdorf@faegredrinker.com <br><br> *Attorneys for Daily Harvest, Inc.* |

1

304313258v.1

## Certificate of Service

I hereby certify that on November 8, 2024, I filed the forgoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ <em>Michael S. Weisenbach</em>

304313258v.1